# United States Bankruptcy Court

For The
District of Columbia

Case No: 16-00323

**IN RE:** REGINALD OLIVER GRANT II
3415 5TH ST SE
APT #21
WASHINGTON, DC 20032-5401

SSN #1: XXX-XX-4636

Date: 8/30/2016

## TRUSTEE'S REPORT ON CLAIMS

Comes now, Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and pursuant to 11 U.S.C. sec 704(5), has examined all proofs of claims filed in this matter together with the court record herein and reports that pursuant to 11 U.S.C. sec. 501 and 502, applicable Bankruptcy Rules and the court record herein, the following claims are direct pay and/or have been duly filed and/or deemed allowed, unless timely written objection is made and sustained by any party in interest including the debtor, except where no purpose would be served by such objection, or indicate the amount paid prior to amendment or withdrawal.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | SELECT PORTFOLIO , | None | | Not Filed .00 |
| 002 | EAST CATE CONDO ASSN / c/o ALDERMAN 1025 CONN AVE NW #615 / WASHINGTON, DC 20036 | 10,507.71 | 6.0000% From 08/19/2016 | Secured |
| 003 | TRANSIT FCU , | | | DirectPay .00 |
| 004 | US TREASURY / INTERNAL REVENUE SERVICE POB 7317 / PHILADELPHIA, PA 19101-7317 | None | 6.0000% From 08/19/2016 | Not Filed .00 |
| 005 | DC TREASURER / DC TAX & REVENUE POB 75520 / WASHINGTON, DC 20013 | None | 6.0000% From 08/19/2016 | Not Filed .00 |
| 006 | DC CHILD SUPPORT CLEARINGHOUSE / POB 37715 WASHINGTON, DC 20013-7715 | 674.49 | 6.0000% From 08/19/2016 | Priority |
| 007 | DC CHILD SUPPORT CLEARINGHOUSE / POB 37715 WASHINGTON, DC 20013-7715 | 1,718.55 | 6.0000% From 08/19/2016 | Priority |
| 008 | DC CHILD SUPPORT CLEARINGHOUSE / POB 37715 WASHINGTON, DC 20013-7715 | 1,975.94 | 6.0000% From 08/19/2016 | Priority |
| | Total | 14,876.69 | | |

Debtor's Attorney

KOBI OKERA SMITH                          .00
1401 MERCANTILE LANE
SUITE #104
LARGO, MD 20774

The absence of timely filed written objection will be deemed an approval by the debtor of the claims as recited above.

CC: DEBTOR(S)
    ATTORNEY

/s/ Cynthia A. Niklas, Esq

Cynthia A. Niklas, Esq
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016

Page 1 of 1