

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

### NOTICE OF RESIGNATION OF STANDING TRUSTEE
### AND APPOINTMENT OF SUCCESSOR TRUSTEE

Judy A. Robbins, United States Trustee for Region Four, hereby gives notice that Cynthia A. Niklas has resigned, effective August 31, 2016, as Standing Trustee and the United States Trustee has appointed Nancy Spencer Grigsby as Chapter 13 Trustee in the above referenced case.

**Effective September 1, 2016, all notices, pleadings, and correspondence should be directed to**:

>Nancy Spencer Grigsby
>Chapter 13 Trustee
>185 Admiral Cochrane Drive, Suite 240
>Annapolis, MD 21401
>(301) 805-4700
>(301) 805-9577 (fax)

**All plan payments should be mailed to**:

>Nancy Spencer Grigsby
>Chapter 13 Trustee
>P. O. Box 853
>Memphis, TN  38101-0853

Dated:  September 1, 2016                                      Judy A. Robbins
                                                                                          United States Trustee, Region Four